## LOWENSTEIN v. MONROE AND FOSTER.

1. **Pleading**: VERIFICATION: AMENDMENT. A defective verification of a petition in attachment may be amended under section 3021 of the Code.

*Appeal from Polk Circuit Court.*

MONDAY, OCTOBER 27.

A PETITION was filed, asking a writ of attachment. The verification, made by an attorney, was as follows: "the facts set forth in the foregoing petition as grounds for the attachment, and the same are within my own knowledge, and the same are true as I verily believe."

The intervenor, claiming the property attached by virtue of a general assignment made to him by the defendant, filed a motion to quash the attachment, because the petition was not properly and sufficiently verified.

Before this motion was submitted to the court the plaintiff, in pursuance of leave of the court, filed an amended petition, which, among other things, stated that "the causes of attachment alleged in the original petition were true at the commencement of this action, and the filing of the original petition, and the issuing of the writ of attachment." This petition was verified by the plaintiff.

The intervenor filed another motion to quash the attachment on various grounds, which was overruled, and he appeals.

*A. B. & J. C. Cummins*, for appellant.

*Brown & Dudley*, for appellee.

SEEVERS, J.    It is not claimed the petition verified by the plaintiff was not sufficiently verified, but the point made is that, as the original petition was verified only as to the sufficiency of the causes of attachment, the defect was one which could not be cured by amendment.

We think otherwise.    The defect, under section 3021 of the Code, could be well cured, and it was properly done by the verified amended petition.    *Murdough v. McPherrin* 49 Iowa, 479.

AFFIRMED.